UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**FILED**

Jun 04 2026

ARTHUR JOHNSTON, CLERK

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**ANGELIA SMITH and**
**KELVIN SMITH**                                                        **PLAINTIFFS**

**v.**                                                        **CAUSE NO. 2:26CV71-LG-MTP**

**MICROTEL INNS AND**
**SUITES FRANCHISING,**
**INC., doing business as**
**Microtel by Wyndham**                                        **DEFENDANT**

### ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING
### PLAINTIFFS' MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

**BEFORE THE COURT** is the [3] Report and Recommendation in which a United States Magistrate Judge recommends denial of the [2] Motion for Leave to Proceed in Forma Pauperis filed by Plaintiffs Angelia Smith and Kelvin Smith. Plaintiffs did not file an objection, and the time for doing so has expired.

Where no party has objected to the Magistrate Judge's report and recommendation, the Court need not conduct a de novo review of it. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). In such cases, the Court need only satisfy itself that there is no clear error on the face of the record. *Douglass v. United Serv. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having conducted the required review, the Court finds that the [3] Report and Recommendation is neither clearly erroneous nor contrary to law.

Plaintiffs' [2] Motion for Leave to Proceed In Forma Pauperis is denied for the reasons stated in the [3] Report and Recommendation.  Plaintiffs are ordered to pay the $405.00 filing fee on or before August 3, 2026.  **Plaintiffs are cautioned that failure to timely pay the filing fee will result in dismissal of this lawsuit.**

**IT IS THEREFORE ORDERED AND ADJUDGED** that the [3] Report and Recommendation is **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs' [2] Motion for Leave to Proceed In Forma Pauperis is **DENIED**.  Plaintiffs must pay the $405.00 filing fee on or before **August 3, 2026**, in order to avoid dismissal of this lawsuit.

**SO ORDERED AND ADJUDGED** this the 4th day of June, 2026.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE

-2-